**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6542**

_____

ALBERT CHARLES BURGESS, JR.,

Plaintiff - Appellant,

versus

BLAKE E. TAYLOR, JR.; JOTTE SCARBOROUGH,
individually and in their official capacities
as employees of the South Carolina Department
of Corrections (SCDC),

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Cameron M. Currie, District Judge.
(CA-02-1090-8-22)

_____

Submitted:  June 19, 2003          Decided:  June 25, 2003

_____

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Albert Charles Burgess, Jr., Appellant Pro Se. David Leon Morrison,
DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Albert Charles Burgess, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Burgess v. Taylor, No. CA-02-1090-8-22 (D.S.C. Mar. 21, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED